AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

Scott Eric Conner

V.

James Tilton, et al.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4965 MMC

TO:
| | | |
|---|---|---|
| Chaplain J. Smith, | all at: | James Tilton |
| Captain M. Foss, | Pelican Bay State Prison | Secretary of the California Dept. |
| Associate Warden M.A. Cook, | 5905 Lake Earl Drive | of Corrections & Rehabilitation and |
| Warden Robert A. Horel | P.O. Box 7000 | N. Grannis Chief Inmate Appeals |
| | Crescent City, CA 95531-7000 | Coordinator; both at: |
| | | P.O. Box 942883 |
| | | Sacramento, CA 94283-0001 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Scott Eric Conner
Pelican Bay State Prison
K-69734
P.O. Box 7500
Crescent City, CA 95532

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

_____
CLERK

05-01-08

_____
DATE

Alfred Amistoso

_____
(BY) DEPUTY CLERK