1 EDMUND G. BROWN JR.
Attorney General of the State of California
2 DAVID S. CHANEY
Chief Assistant Attorney General
3 ROCHELLE C. EAST
Acting Senior Assistant Attorney General
4 JONATHAN L. WOLFF
Supervising Deputy Attorney General
5 TIMOTHY J. MCDONOUGH, State Bar No. 235850
Deputy Attorney General
6  455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
7  Telephone: (415) 703-5606
 Fax: (415) 703-5843
8  Email: Tim.McDonough@doj.ca.gov

9 Attorneys for Defendants N. Grannis, J. Tilton, J.
Smith, R. Horel, M. Cook, and M. Foss

10

11

12 IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15 **SCOTT ERIC CONNER,** | C-07-4965 MMC (PR) |
| 16 Plaintiff, | **DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME** |
| 17 v. | |
| 18 **JAMES TILTON, ET AL.,** | |
| 19 Defendants. | |

20

21     Defendants N. Grannis, J. Tilton, J. Smith, R. Horel, M. Cook, and M. Foss (Defendants),

22 for the reasons more fully set forth in the accompany declaration of counsel, request an extension

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Req. for Ext. of Time                                   Conner v. Tilton, et al.
                                                        C-07-4965 MMC (PR)

1

1 | of time of ninety (90) days, up to and including October 27, 2008, in which to file their motion

2 | for summary judgment or other dispositive motion.

3 |     Dated: July 22, 2008

4 |         Respectfully submitted,

5 | EDMUND G. BROWN JR.
Attorney General of the State of California

6 | DAVID S. CHANEY
Chief Assistant Attorney General

7 |

8 | ROCHELLE C. EAST
Acting Senior Assistant Attorney General

9 | JONATHAN L. WOLFF
Supervising Deputy Attorney General

10 |

11 |

12 |

13 | TIMOTHY J. MCDONOUGH
Deputy Attorney General
Attorneys for Defendants N. Grannis, J. Tilton, J. Smith, R.

14 | Horel, M. Cook, and M. Foss

16 | 20126306.wpd
SF2008200064

Req. for Ext. of Time

Conner v. Tilton, et al.
C-07-4965 MMC (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Scott E. Conner v. James Tilton, et al.*

No.:   **U.S.D.C., N.D., San Francisco Div., C-07-4965 MMC (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 22, 2008**, I served the attached

1.   **DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME**
2.   **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME**
3.   **[PROPOSED] ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Scott Eric Conner, K-69734**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532-7500**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 22, 2008**, at San Francisco, California.

| | |
|---|---|
| J. Baker | Signature |
| Declarant | |

20116597.wpd