EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
TIMOTHY J. MCDONOUGH, State Bar No. 235850
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5606
  Fax: (415) 703-5843
  Email: Tim.McDonough@doj.ca.gov

Attorneys for Defendants N. Grannis, J. Tilton, J. Smith, R. Horel, M. Cook, and M. Foss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SCOTT ERIC CONNER,**<br><br>                        Plaintiff,<br><br>v.<br><br>**JAMES TILTON, ET AL.,**<br><br>                        Defendants. | C-07-4965 MMC (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME** |

I, Timothy McDonough, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section, and I am assigned to represent Defendants N. Grannis, J. Tilton, J. Smith, R. Horel, M. Cook, and M. Foss (Defendants) in this case. I am competent to testify to the matters set forth in this Declaration, and if called upon to do so, I would and could so testify.

2. The U.S. Court's Order of Service is dated April 29, 2008. In this Order, the Court

Decl. Supp. Req. for Ext. of Time                                                              Conner v. Tilton, et al.<br>
                                                                                                                           C-07-4965 MMC (PR)

1

1 | directed Defendants to file a motion for summary judgment or other dispositive motion no later
2 | than ninety days from the date this order is filed. (Order of Service 3.) As such, the current
3 | deadline for Defendants to file a motion for summary judgment or other dispositive motion is
4 | July 28, 2008.
5 |    3.   This case was recently forwarded to our office from the prison.
6 |    4.   In order to adequately file a motion for summary judgment or other dispositive motion
7 | I will need to conduct interviews of Defendants and other potential witnesses in this case.
8 | Further, I will need to obtain documents and institutional records, as well as conduct independent
9 | research, in order to further investigate Plaintiff's claims. Finally, I will need to take the
10 | deposition of Plaintiff which will require me to travel to Pelican Bay State Prison from San
11 | Francisco. Therefore, I request a ninety (90) day extension of time, up to and including October
12 | 27, 2008, to file Defendants' motion for summary judgment or other dispositive motion.
13 |    5.   Plaintiff is confined in state prison and cannot easily be contacted concerning an
14 | extension of time.
15 |    6.   This request for an extension of time is not made for any purpose of harassment or
16 | undue delay or for any improper reason.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 22, 2008, in San Francisco, California.

*[signature]*

TIMOTHY J. MCDONOUGH
Deputy Attorney General

20126324.wpd
SF2008200064

Decl. Supp. Req. for Ext. of Time

Conner v. Tilton, et al.
C-07-4965 MMC (PR)