IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT ERIC CONNER,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES TILTON, ET AL.,<br><br>    Defendants. | C-07-4965 MMC (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME** |

Counsel for Defendants N. Grannis, J. Tilton, J. Smith, R. Horel, M. Cook, and M. Foss filed a request for an extension of time of ninety (90) days, up to and including October 27, 2008, in which to file a motion for summary judgment or other dispositive motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds that good cause exists to grant the request. Accordingly, IT IS HEREBY ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to file a motion for summary judgment or other dispositive motion is extended for ninety (90) days, up to and including October 27, 2008. Plaintiff's Opposition must be filed no later than thirty days after Defendants' motion is filed. Defendants shall file a reply brief no later than fifteen days after Plaintiff's opposition is filed.

Dated: _____

The Honorable Maxine M. Chesney
U.S. District Court Judge

[Proposed] Order Granting Req. for Ext. of Time

Conner v. Tilton, et al.
Case No. C-07-4965 MMC (PR)

1