1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                SAN FRANCISCO DIVISION

10

| | |
|---|---|
| **SCOTT ERIC CONNER,** | C-07-4965 MMC (PR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME** |
| **v.** | |
| **JAMES TILTON, ET AL.,** | |
| Defendants. | |

16        Counsel for Defendants N. Grannis, J. Tilton, J. Smith, R. Horel, M. Cook, and M. Foss

17   filed a request for an extension of time of ninety (90) days, up to and including October 27,

18   2008, in which to file a motion for summary judgment or other dispositive motion.

19        The Court has read and considered Defendants' request and the accompanying declaration

20   of counsel, and finds that good cause exists to grant the request.  Accordingly, IT IS HEREBY

21   ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to

22   file a motion for summary judgment or other dispositive motion is extended for ninety (90) days,

23   up to and including October 27, 2008.  Plaintiff's Opposition must be filed no later than thirty

24   days after Defendants' motion is filed.  Defendants shall file a reply brief no later than fifteen

25   days after Plaintiff's opposition is filed.

26

27   Dated: July 24, 2008

_Maxine M. Chesney_
_____
The Honorable Maxine M. Chesney
U.S. District Court Judge

[Proposed] Order Granting Req. for Ext. of Time                    Conner v. Tilton, et al.
                                                                  Case No. C-07-4965 MMC (PR)

1