IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ERIC CONNER,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMES TILTON, et al.,<br><br>        Defendants.<br>_____ | No. C 07-4965 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY**<br><br>**(Docket No. 28)** |

       GOOD CAUSE APPEARING, the request of defendants for an extension of time to file a reply to plaintiff's opposition to defendants' motion for summary judgment is hereby GRANTED. Defendants shall file their reply no later than **April 3, 2009**. The motion for summary judgment will be deemed submitted and ready for decision on the date the reply is due.

       This order terminates Docket No. 28.

       IT IS SO ORDERED.

DATED: March 17, 2009

_____
MAXINE M. CHESNEY
United States District Judge