IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT E. CONNER,

        Plaintiff,

  v.

JAMES TILTON, et al.,

        Defendants.

No. CV-07-4965 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiff's claims that he has been denied the right to marry and to have access to religious adornments are hereby DISMISSED without prejudice.

2. Defendants' motion for summary judgment is hereby GRANTED in favor of all defendants with respect to plaintiff's First Amendment and RLUIPA claims alleging the denial of access to group worship, Creativity clergy and religious literature, and denial of a religious diet.

3. Plaintiff's motion for injunctive relief is hereby DENIED.

Dated: December 2, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk